IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60637-CIV-Huck/O'Sullivan

SUNBEAM TELEVISION CORP.,

Plaintiff,

v.

NIELSEN MEDIA RESEARCH, INC.,

Defendant.

**CLOSED CIVIL CASE**

## FINAL JUDGMENT

On January 13, 2011, this Court entered a Partial Order on Summary Judgment [D.E. 179], granting the motion of The Nielsen Company (U.S.) LLC, as successor in interest to Nielsen Media Research, Inc. ("Nielsen"), for summary judgment as to the federal and state antitrust claims alleged by Sunbeam Television Corp. ("Sunbeam") in Counts I and II of the Second Amended Complaint [D.E. 49]. On January 20, 2011, the parties filed a Joint Stipulation of Dismissal [D.E. 186], pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), dismissing, with prejudice, the remaining two claims, Counts III and IV of the Second Amended Complaint, for violation of section 501.204 of FDUTPA and breach of contract, respectively.

Accordingly, this Court having determined, pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, that final judgment should be entered disposing of all claims in this action, it is hereby ORDERED that Sunbeam take nothing by this action. The Court reserves

jurisdiction over appropriate motions for costs. There are no pending motions. The Clerk of the Court is directed to mark this case CLOSED.

DONE and ORDERED in Chambers, Miami, Florida, January 26, 2011.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record