UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60637-CIV-HUCK/O'SULLIVAN

SUNBEAM TELEVISION CORP.,

    Plaintiff,

v.

NIELSEN MEDIA RESEARCH, INC.,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Defendant Nielsen Media Research, Inc.'s Bill of Costs (Doc. #190), filed February 22, 2011. On April 5, 2011, Magistrate Judge John O'Sullivan entered a Report and Recommendation (Doc. #204), in which he recommended that the Bill be granted in part and denied in part. Judge O'Sullivan further recommended that Defendant be awarded $24,402.83 in costs. Neither party has filed any objections to the Report and Recommendation. The Court has independently reviewed the Report and Recommendation and the pertinent portions of the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions in the Report and Recommendation. Accordingly, it is hereby

ORDERED that Judge O'Sullivan's Report and Recommendation (Doc. #204) is ADOPTED, and Defendant Nielsen Media Research, Inc.'s Bill of Costs (Doc. #190) is GRANTED IN PART, DENIED IN PART. Defendant Nielsen Media Research Inc is awarded $24,402.83 in costs.

DONE and ORDERED in Chambers, Miami, Florida, April 27, 2011.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
Magistrate Judge John J. O'Sullivan
All Counsel of Record